IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **REUBEN W. HARRISON,** | : |
| | : |
| Petitioner, | : |
| | : |
| vs. | :    5:06-CV-12 (DF) |
| | :    5:01-CR-35 (DF) |
| **UNITED STATES OF AMERICA,** | : |
| | : |
| Respondent. | : |

## O R D E R

This order hereby adopts and incorporates the Recommendation that United States Magistrate Judge G. Mallon Faircloth entered in this case on February 2, 2006. Neither party has served or filed written objections to the Magistrate Judge's Recommendation with the Court.

Accordingly, Petitioner Harrison's "Pro Se Memorandum in Support of Motion–60(B)" (doc. 296) is hereby **DENIED**.

SO ORDERED, this 16th day of March, 2006.

/s/ Duross Fitzpatrick
DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/jab